WR-83,286-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/1/2015 12:00:00 AM
Accepted 6/1/2015 2:33:23 PM
ABEL ACOSTA
CLERK

DOCKET NO.  WR-83286-02

IN THE
COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
6/1/2015
ABEL ACOSTA, CLERK

## IN RE:
## BRANDON JAY CARTER,
### Relator

## EMERGENCY MOTION FOR STAY

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Brandon Jay Carter, Relator, moves this Court to grant him an Emergency Motion for Stay and shows:

1.      Respondent has set the underlying cause on the trial court's docket for June 1st, 2015 at 1:30 p.m..

2.      To prevent interference with this Court's jurisdiction, Relator requests this Court to issue an emergency stay and to stay the proceedings in the trial court until the Court of Criminal Appeals has an opportunity to rule on the Petition for Writ of Prohibition.

3.      Relator does not wish to appear without his Counsel of choice, Attorney David Christopher "Chris" Hesse.

Respectfully submitted,

/s/ David C. Hesse

David Christopher "Chris" Hesse
S.B.O.T. # 24049081
112 West 8th Avenue, Suite 301
Amarillo, Texas 79101
(806) 350-6785
Fax: (806) 350-6786
Chris@PanhandleCriminalDefense.Attorney
Attorney for Relator, Brandon Jay Carter

Of Counsel:

L.T. "Butch" Bradt #02841600
14015 Southwest Freeway, Suite 4
Sugar Land, Texas 77478
(281) 201-0700
Fax: (281) 201-1202
ltbradt@flash.net

Michael Mowla #24048680
445 E. FM 1382 #3-718
Cedar Hill, Texas 75104
(972) 795-2401
Fax: (972) 692-6636
michael@mowlalaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, in accordance with the Rule 9.5, T.R.A.P., certify that a true and correct copy of the foregoing Emergency Motion for Stay was delivered to:

Honorable Thomas R. Culver III
240th Judicial District Court
Fort Bend County Justice Center

1422 Eugene Heimann Circle
Richmond, Texas 77469
(281) 341-8600
Becky.Fisher@fortbendcountytx.gov

Honorable John F. Healy, Jr., District Attorney
Gail Kikawa McConnell, Ass't District Attorney
1422 Eugene Heimann Circle
Richmond, Texas 77469
(281) 238-3205
Fax: (281) 238-3340
Gail.McConnell@fortbendcountytx.gov

Harris S. Wood, Jr. #2189440
701 North Post Oak Road #425
Houston, Texas 77024
(281) 924-5876
Fax: (281) 579-1586
hwoodatty@yahoo.com

On May 31st, 2015.

/s/ David C. Hesse
D. Chris Hesse